ASA BELLEW *v.* GABRIEL P. ANGLING.

**Judgment Notwithstanding Verdict.**
> Where the answer presents no defense to a petition, and the plaintiff proves his cause of action, he is entitled to a judgment notwithstanding the verdict is against him.

APPEAL FROM GREENUP CIRCUIT COURT.

February 15, 1877.

OPINION BY JUDGE PRYOR:

The answer in this case presents no defense to the action, and the appellant was entitled to a judgment notwithstanding the verdict.

There is no denial in either the original nor amended answer of the entry by the appellee on the possession of the appellant. The statement that the appellee was in possession of the land was no denial that the appellant was in possession also. If intended to be a plea of liberum tenementum it may be doubted whether such a plea is good under the Code. If the land were in the defendant's possession, it is easy to deny that the defendant entered upon the land of the plaintiff in his, the plaintiff's, possession as alleged. The defendant admits the cutting of the timber and digging the ore, but says it was his own land and in his possession, and not owned by the plaintiff or in his possession at the time the trespass is said to have been committed. The burden of proof is on the plaintiff.

Judgment *reversed* and cause remanded with directions to award a new trial and for further proceedings consistent with this opinion.

*W. C. Ireland, for appellant.*

*James E. Roe, E. F. Dulin, for appellee.*